| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:07-CR-158-01-TCB |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Steven Roy Hollander<br>Unknown<br>Brooklyn, NY | Northern District of Georgia | Atlanta **BLOCK, J.** |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Timothy C. Batten | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 4/29/11    TO 4/28/14 |

OFFENSE

Conspiracy to Possess With Intent To Distribute Schedule III and IV Controlled Substances
21 USC 846 and 841(b)(1)(D) and 18 USC 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN District of NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8.30.11                              *[signature]*
Date                                Honorable Timothy C. Batten, Sr.
                                        United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                              Honorable
                                         United States District Judge

MEMORANDUM
TO MARC BROWN
Administrative Supervisor
U.S. Clerk's Office
Eastern District of New York

9/13/11

RE: HOLLANDER, Steven Roy
DOCKET #: 07-CR-158-01
REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION AND ASSIGNMENT OF CASE TO SR. UNITED STATES DISTRICT JUDGE BLOCK FOR ENROLLMENT IN STAR COURT

BLOCK, J.

On August 30, 2011, for the purpose of enrollment in STAR Court, Northern District of Georgia United States District Judge Timothy C. Batten, Sr., authorized an order to transfer the case to Senior United States District Judge Frederic Block (see attachment). **As such, we respectfully request that this be case be docketed and assigned to Sr. USDJ Frederic Block.**

Should you have any questions or require additional information, please contact the undersigned officer at (347) 534-3543.

Very truly yours,

Steve Scherzer
U.S. Probation Officer